**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00128-CR**
_____

**JACKIE LYNN LONG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court**
**Jasper County, Texas**
**Trial Cause No. JC34639**

**ORDER**

The reporter's record in this appeal, due August 31, 2022, has not been filed. Kelly D. Kelly, the court reporter, is responsible for preparing, certifying, and timely filing the reporter's record. *See* Tex. R. App. P. 35.3(b). We forwarded a late notice to the court reporter on September 2, 2022, and we informed the court reporter that the record must be filed within thirty days or the matter would be referred for an enforcement order. The court reporter has failed to file the record as of the date of this order.

It is, therefore, ORDERED that the appeal is abated and the cause remanded to the trial court for a hearing to determine why the reporter's record has not been filed. The trial court shall determine whether the appellant has requested that the reporter's record be prepared, and whether the party responsible for paying for the preparation of the reporter's record has paid the reporter's fee or has made satisfactory arrangements with the reporter to pay the fee or is entitled to appeal without paying the fee. The trial court shall determine why the court reporter did not timely file the record and may make such orders as shall be necessary to ensure the reporter's record is promptly filed. A reporter's record shall be made of the hearing and, together with a supplemental clerk's record containing any findings or orders of the trial court, shall be filed with the Court of Appeals by November 28, 2022.

ORDER ENTERED October 25, 2022.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.

2